USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,**

                          **Plaintiffs,**                  **19-CV-7995 (LGS)(SN)**

           -against-                                   **ORDER**

**MINELLI CONSTRUCTION CO., INC., et al.,**

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

By Order dated November 8, 2019, the Court directed Plaintiffs to file their Proposed Findings of Fact and Conclusions of Law and to serve a complete copy of their filing by mail to Defendant ("Minelli")'s last known address. ECF No. 36. On December 6, 2019, Plaintiffs filed Proposed Findings of Fact and Conclusions of Law. ECF No. 38. Plaintiffs have not, however, filed an affidavit of service reflecting that a complete copy of that Proposed Findings of Fact and Conclusions of Law was mailed to Minelli's last known address. Minelli's response, if any, to Plaintiff's Proposed Findings of Fact and Conclusions of Law was to be filed no later than 30 days after service. Without an affidavit of service, the Court cannot determine the date by which Minelli's reply was due.

Out of an abundance of caution, and to ensure Minelli is afforded the time for a reply outlined by the Court's Scheduling Order, Plaintiffs are directed to file an affidavit of service of the Proposed Findings of Fact and Conclusions of Law, no later than February 6, 2020. The

Court will then either determine the time by which Minelli's reply is due or deem the inquest fully briefed.

**SO ORDERED.**

DATED: January 29, 2020
New York, New York

SARAH NETBURN
United States Magistrate Judge