**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,
       Plaintiffs,       19 **CIVIL** 7995 (LGS)(SN)

   -against-         **DEFAULT JUDGMENT**

MINELLI CONSTRUCTION CO., INC., et al.,
       Defendants.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 3, 2021, that the Report and Second Report are adopted in full. Default judgment is entered in favor of Plaintiff and against Minelli, in the amount (1) $2,612.96 in unpaid contributions; (2) $51,339.71 in prejudgment interest on the principal unpaid fringe benefit contributions through the entry of judgment; (3) $94,911.51 in liquidated damages; (4) $2,850 in audit costs; and (5) $12,929.28 in attorney's fees and costs. Post-judgment interest will accrue at the statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
    March 3, 2021

                **RUBY J. KRAJICK**
                _____
                **Clerk of Court**
          **BY:** K. Mango
                _____
                **Deputy Clerk**