UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS RELIEF AND CHARITY FUND, THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, and THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,<br><br>Plaintiffs,<br><br>-against-<br><br>MINELLI CONSTRUCTION CO., INC. and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Defendants. | 19 CV 7995 (LGS)(SN)<br><br>**SATISFACTION OF JUDGMENT** |

**WHEREAS,** a judgment was entered in the above action on the 3rd day of March, 2021, in favor of Plaintiffs TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al., and against Defendant MINELLI CONSTRUCTION CO., INC. for the sum of $164,643.46, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       March 30, 2023

**VIRGINIA & AMBINDER, LLP**

*/s/ Maura Moosnick*

Maura Moosnick, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
*Attorneys for Plaintiffs*

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

On the 30th day of March 2023, before me personally came Maura Moosnick, Esq. to me known and known to be a member of the firm of Virginia & Ambinder, LLP, attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

_____
Notary Public

EVA C. CODISPOTI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CO6422855
Qualified in Kings County
Commission Expires OCTOBER 04, 2025